FILED
CLERK, U.S. DISTRICT COURT
JUN 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN HERRARA-HERNANDEZ, | No. CV 08-2909-AHS(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| JOHN F. SALAZAR (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition is dismissed without prejudice.

DATED: JUN - 4 2008

ALICEMARIE H. STOTLER
Chief United States District Judge